UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-6913 FMO (JPRx) | Date | September 4, 2024 |
|---|---|---|---|
| Title | Mack Financial Services v. Alpha Industrial Services, LLC, et al. | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):

None Present   None Present

**Proceedings:**   (In Chambers) Order to Show Cause Re: Jurisdiction

On August 15, 2024, Mack Financial Services ("plaintiff") filed this action against Alpha Industrial, LLC ("Alpha"), Marcellus Ellis ("Ellis"), and Arc Capital, LLC ("Arc"). (See Dkt. 1, Complaint at ¶¶ 2-4). Subject matter jurisdiction is premised on diversity jurisdiction. (See id. at ¶ 6). However, plaintiff has failed to put forth sufficient allegations regarding the citizenship of any of the parties. Accordingly, IT IS ORDERED THAT plaintiff shall file a First Amended Complaint setting forth the citizenship of each party no later than **September 10, 2024**. Failure to file a First Amended Complaint by the deadline set forth above shall be deemed as consent to the dismissal of the action without prejudice for lack of jurisdiction and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Edwards v. Marin Park, Inc., 356 F.3d 1058, 1065 (9th Cir. 2004) ("The failure of the plaintiff eventually to respond to the court's ultimatum – either by amending the complaint or by indicating to the court that it will not do so – is properly met with the sanction of a Rule 41(b) dismissal."); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-63 (9th Cir. 1992) (affirming dismissal for failure to file amended complaint as ordered by district court).

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |