JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK FINANCIAL SERVICES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALPHA INDUSTRIAL SERVICES, LLC, et al.,<br><br>　　　　Defendants. | Case No. CV 24-6913 FMO (JPRx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 23rd day of September, 2024.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　United States District Judge